IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,                          No.  CIV.S-05-0112 MCE DAD PS

     Plaintiff,

  v.                                      <u>ORDER</u>

JERRY HOUSEMAN, et al.,

     Defendants.

_____/

     On April 8, 2005, defendants filed a motion to dismiss plaintiff's amended complaint, or in the alternative for a more definite statement, noticing the hearing for May 13, 2005, at 10:00 a.m.  Plaintiff has filed written opposition and defendants have filed a reply brief.

/////

/////

/////

/////

/////

1

1    Accordingly, defendants' motion is hereby submitted for
2 decision upon the record and briefs on file pursuant to Local Rule
3 78-230(h).  The May 13, 2005 hearing in this matter is vacated.
4    IT IS SO ORDERED.
5 DATED: May 9, 2005.

```
                              DALE A. DRCZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:th
DDad1\orders.prose\spittal0112.submit

2