1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11   GEORGE SPITTAL,
                                              2:05-CV-0112-MCE-DAD
12              Plaintiff,

13         v.                                 MEMORANDUM AND ORDER

14   JERRY HOUSEMAN, ET AL.,

15              Defendants.
16                                 ----oo0oo----
17
18        On or about January 31, 2006, Plaintiff George Spittal
19   submitted a document to the Court that it will construe as a
20   Request for Reconsideration from this Court's Order dated January
21   26, 2006.[1]  That Order adopted, in full, the Magistrate Judge's
22   Proposed Findings and Recommendations filed November 16, 2005.
23   Plaintiff's action was accordingly dismissed, with prejudice, for
24   failure to state a claim.
25   ///
26   ――――――――――――――
27        [1]Because oral argument will not be of material assistance,
     the Court orders this matter submitted on the briefs.  E.D. Cal.
28   Local Rule 78-230(h).

                                      1

Pursuant to Local Rule 78-230(k), an application for reconsideration must set forth, by affidavit or brief, any new material facts and circumstances that support a claim that the Court's previous ruling be revisited.  Here Plaintiff has failed to offer any such new evidence bearing on the Court's prior ruling; rather, he simply wants the Court to revisit its previous Order.  The instant request is consequently deficient on that ground alone.  In addition, however, Plaintiff's request offers nothing substantively in any event to change the analysis set forth in the Magistrate Judge's November 16, 2005 Findings and Recommendations, which the Court previously adopted by its Order of January 26, 2006.

For the reasons set forth above, Plaintiff's Motion for Reconsideration is denied.

IT IS SO ORDERED.

DATED: May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE